## HAWKINS *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 100, September Term, 1963.]

*Decided January 29, 1964.*

Before HENDERSON, HAMMOND, PRESCOTT, HORNEY and MARBURY, JJ.

PER CURIAM.

For reasons stated in the opinion of Judge Prendergast below, the application for leave to appeal is hereby denied.

*Application denied.*